IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY TURNER,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS, WARDEN GREGORY GRAM,
SECURITY DIRECTOR JANEL NICKEL AND
CHRISTINE M. WODILL,

    Defendants.

ORDER

Case No.  14-cv-383-jdp

    Plaintiff Anthony Turner, a prisoner incarcerated at the Fox Lake Correctional Institution in Fox Lake, Wisconsin, has filed a proposed civil complaint.  Plaintiff requests leave to proceed without prepayment of the filing fee and has filed six consecutive monthly inmate account statements in support of his motion for leave to proceed without prepaying the fee.  (Dkt. #3).  However, the Prisoner Litigation Reform Act (PLRA) requires plaintiff to submit a certified copy of his inmate account statement (or institutional equivalent) for the six-month period immediately preceding the date of the complaint.  28 U.S.C. § 1915(a)(2).

    For this case to proceed, plaintiff must submit the certified account statement no later than June 30, 2014.  If plaintiff is found to be indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.  If plaintiff does not submit a certified copy of his six-month inmate trust fund account statement, I will assume that he wishes to withdraw this action voluntarily.

1

ORDER

IT IS ORDERED that plaintiff Anthony Turner may have until June 30, 2014 to submit a certified copy of his six-month inmate trust fund account statement for the period beginning approximately November 12, 2013 and ending approximately May 12, 2014. If, by June 30, 2014, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 3rd day of June, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge