IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY H. TURNER,

    Plaintiff,    JUDGMENT IN A CIVIL CASE

v.    Case No. 14-cv-383-jdp

WISCONSIN DEPARTMENT OF
CORRECTIONS, GREGORY GRAM,
JANEL NICKEL and CHRISTINE M. WODILL,

    Defendants.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

| /s/ | 6/3/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |